# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**LAUREN C. MAGGI**

                **V.**            **CASE NUMBER: 5:03-CV-768(DEW/GJD)**

**WOMEN'S COLLEGE HOSPITAL; et al.**

**[ ]**      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**[XX]**    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of DEFENDANTS against PLAINTIFF dismissing Plaintiff's claims without prejudice pursuant to the Memorandum Ruling of the Hon. Donald E. Walter filed on March 19, 2007.

DATED:    March 19, 2007

                                                        Clerk of Court

LKB:lmp